Ryan L. McBride, Esq. (SBN 032001)
Kazerouni Law Group, APC
2633 E. Indian School Road, Ste 460
Phoenix, AZ  85016
Phone: 800-400-6808
Fax: 800-520-5523
ryan@kazlg.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Richard Winters, Jr., individually and on behalf of all others similarly situated, | Case No. 2:20-cv-00826-SMB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| Fitness International, LLC d/b/a L.A. Fitness, | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL

1

Pursuant to Federal Civil Rule 41(a)(1)(A)(i), Plaintiff Richard Winters, Jr. ("Plaintiff") voluntarily dismisses Plaintiff's claims against Defendant Fitness International, LLC d/b/a L.A. Fitness ("Defendant") with prejudice, and the putative class's claims against Defendant without prejudice.

Respectfully Submitted this 1st Day of June, 2020.

        Kazerouni Law Group, APC

        By: /s/ Ryan L. McBride
        Ryan L. McBride, Esq.

        *Counsel for Plaintiff and the Proposed Class*